**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694-K**

## ORDER

On September 11, 2013, this Court ordered Janice Garrett, official court reporter of the Criminal District Court No. 4, to coordinate with all court reporters who recorded proceedings in the case and to file the complete record in this appeal. We ordered that the complete record be filed by November 15, 2013. On September 24, 2013, we received a letter from court reporter Kendra Thibodeaux stating she recorded two volumes of the proceedings. The letter further states that due to a malfunction of the court reporting equipment, the portion of the trial in which the verdict was read in open court was not recorded.

The trial court's docket sheet reflects that proceedings were held in this case on May 16, 2013, and June 11 through 19, 2012. Jury deliberation was on June 21, 2012 and appellant was found guilty as charged. The docket sheet also reflects that sentence was imposed in open court

on July 27, 2012. On January 7, 2013, this Court received an 11-volume reporter's record that shows proceedings on May 16, 2012; June 8, 2012; and June 15, 2012; June 19, 2012. There are also six volumes prepared by court reporter Janice Garrett that reflect dates of June 11 through 21, 2012. Included is the sentencing volume, which also reflects the dates of June 11 through 21, 2012 despite the fact that the docket sheet and the trial court's judgment reflect that sentence was imposed on July 27, 2012. The Court has also received a supplemental reporter's record prepared by court reporter Laura Weed from proceedings on June 18, 2012. The Court has not received any other reporter's record volumes nor were State's Exhibit nos. 1 and 30 filed with the record.

It appears the record is complete, except for the two exhibits and the receipt of the jury's verdict. Accordingly, this Court **ORDERS** the trial court to make findings regarding the following:

- Apart from the receipt of the jury's verdict, whether there were any other hearings recorded for which the record has not yet been filed.

- If the trial court determines there were other hearings recorded, the trial court shall next make findings regarding: (1) the name of the court reporter who recorded the proceedings; (2) whether the notes of the hearings are available; and (3) the date by which the record will be filed.

- As to the hearing at which the jury's verdict was received, the trial court shall determine whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court by **FEBRUARY 14, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominque Collins Presiding Judge, Criminal District Court No. 4; Cornelius Jennings, Court Coordinator, Criminal District Court No. 4; Barbie Murphy, Chief Clerk, Criminal District Court No. 4; court reporters Janice Garrett, Kendra Thibodeaux, and Laura Weed; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated on February 14, 2014 or when the findings are received.

/s/     LANA MYERS
         JUSTICE